# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TENNESSEE
## EASTERN DIVISION

| | |
|---|---|
| JOHNNY LYNN,<br>Also known as Jerome A. Buss<br><br>    Petitioner,<br><br>vs.<br><br>MICHAEL DONAHUE,<br><br>    Respondent. | JUDGMENT IN A CIVIL CASE<br><br><br><br><br><br><br>CASE NO: 14-1284-STA-egb |

**DECISION BY COURT.** This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED** that in accordance with the Order Denying § 2254 Petition, Denying Certificate of Appealability, Certifying That An Appeal Would Not Be Taken In Good Faith, and Denying Leave To Appeal In Forma Pauperis entered on November 30, 2017, the petition is hereby DENIED.

                                                             APPROVED:

s/ S. Thomas Anderson
**CHIEF JUDGE UNITED STATES DISTRICT COURT**

DATE: 12/1/2017                      THOMAS M. GOULD
                                            **Clerk of Court**

                                                         s/Maurice B. BRYSON

                                                         (By) Deputy Clerk